DEBORAH M. SMITH
Acting United States Attorney

Eve C. Zamora
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6561/6510
Fax:(907)353-6501
MN Bar: 0297859

Attorneys for the Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **KEVIN JOSEPH PICKETT**, <br><br> Defendant | **COUNT I** <br> Operating a Vehicle While Intoxicated <br> (Class A Misdemeanor) <br> Violation of AS § 28.35.030 & 18 U.S.C. § 13 <br><br> **COUNT II** <br> Driving While License Suspended, Revoked, or in Violation of a Limitation <br> (Class A Misdemeanor) <br> Violation of AS § 28.15.291 and 18 U.S.C. § 13 |

# I N F O R M A T I O N

The United States Attorney Charges:

### COUNT I

That on or about the 14th day of November, 2005, at Fort Wainwright, Alaska, a military reservation in the District of Alaska acquired for the use of the United States and under the concurrent jurisdiction thereof, the Defendant, KEVIN JOSEPH PICKETT, did unlawfully operate or drive a motor

vehicle while under the influence of an alcoholic beverage, in violation of Alaska Statutes § 28.35.030(a), as assimilated into federal law by operation of 18 U.S.C. § 13.

## COUNT II

That on or about the 14th day of November, 2005, at Fort Wainwright, Alaska, a military reservation in the District of Alaska acquired for the use of the United States and under the concurrent jurisdiction thereof, the Defendant, KEVIN JOSEPH PICKETT, did unlawfully drive a motor vehicle at a time when his driver's license was revoked in violation of Alaska Statutes § 28.15.291, as assimilated into federal law by operation of 18 U.S.C. § 13

Dated this 27th day of April, 2006, at Fort Wainwright, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Eve C. Zamora
Eve C. Zamora
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6561/6510
Fax: (907) 353-6501
MN Bar: 0297859