DEBORAH M. SMITH
Acting United States Attorney

EVE C. ZAMORA
Special Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone:  (907) 353-6561/6510
Fax: (907) 353-6501
MN Bar: 0297859
Email: eve.zamora@wainwright.army.mil

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| In the Matter of | ) | Case No.  4:06-CR-21 |
| --- | --- | --- |
|  | ) |  |
| KEVIN JOSEPH PICKETT | ) | PETITION FOR WRIT OF |
|  | ) | HABEAS CORPUS AD |
| On Writ of Habeas Corpus | ) | PROSEQUENDUM ON |
|  | ) | SHORTENED TIME |

   TO:  The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

   KEVIN JOSEPH PICKETT who is imprisoned by the State of Alaska Department of Corrections, at Fairbanks Correctional Center, is a defendant in a certain cause now pending before this court, to wit: United States of America v. Kevin Joseph Pickett, Case No. 4:06-CR-21, which is necessary to schedule an arraignment/initial appearance.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring the said defendant before the court in Fairbanks, Alaska, for the hearing, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections.

DEBORAH M. SMITH
Acting United States Attorney

DATED: 5/31/06

EVE C. ZAMORA
Special Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone:  (907) 353-6561/6510
Fax: (907) 353-6501
MN Bar: 0297859
Email: eve.zamora@wainwright.army.mil