IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | |
| ) | Case No. 4:06-CR-21 |
| KEVIN JOSEPH PICKETT, ) | |
| ) | |
| On Writ of Habeas Corpus ) | WRIT OF HABEAS CORPUS AD |
| ) | PROSEQUENDUM |
| ) | ON SHORTENED TIME |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| DISTRICT OF ALASKA ) | |
| ) | |
| ) | |

The President of the United States of America to:

State of Alaska Department of Corrections, United States Marshal, District of Alaska, or

his duly authorized representative.

GREETINGS:


      We command that you have the body of KEVIN JOSEPH PICKETT, by

you imprisoned and detained as it is said, at Fairbanks Correctional Center, under safe

and secure conduct, before the Judge of our District Court within and for the District of

Alaska, at Fairbanks, Alaska, for scheduling an arraignment/initial appearance, and other proceedings as the Court may desire, thereafter and as necessary in United States v. Kevin Joseph Pickett, Case No. 4:06-CR-21, now pending before said court, and that you return said person to the State of Alaska Department of Corrections as soon as the case may be disposed of, under safe and secure conduct.

    This is a continuing Writ on this date and such other times as the court directs.

    WITNESS the Honorable Judge of the United States District Court of the District of Alaska, at the Federal Building and U.S. Courthouse in the City of Fairbanks, Alaska, on this ____ day of May, 2006.

IDA ROMACK CLERK, U.S. DISTRICT COURT

By:   DEPUTY CLERK