# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of )<br>)<br>KEVIN JOSEPH PICKETT, )<br>)<br>On Writ of Habeas Corpus )<br>) | Case No. 4:06-CR-21<br><br>**ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

On the Petition of Eve C. Zamora, Special Assistant United States Attorney, IT IS ORDERED that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring KEVIN JOSEPH PICKETT, now being held at Fairbanks Correctional Center, before this court as a defendant in a certain cause now pending before this Court, to wit: <u>United States of America v. Kevin Joseph Pickett</u>, Case No. 4:06-CR-21, for the scheduling of an arraignment/initial appearance in Fairbanks, Alaska, and such other proceedings as the court may desire, said person to be returned to the said State of Alaska Department of Corrections, soon as the case is disposed of.

DATED this 31 day of May, 2006, at Fairbanks, Alaska.

**REDACTED SIGNATURE**

UNITED STATES Magistrate JUDGE