MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs  KEVIN JOSEPH PICKETT    CASE NO.   4:06-CR-00021-TWH
Defendant: X Present      On Summons  X In Custody

BEFORE THE HONORABLE        TERRANCE W. HALL

DEPUTY CLERK/RECORDER:      MADELINE SCHOLL

UNITED STATES ATTORNEY:     EVE ZAMORA

DEFENDANT'S ATTORNEY:       MJ HADEN     (telephonic)

U.S.P.O.:                   MARCI LUNDGREN

PROCEEDINGS: ARRAIGNMENT ON MISDEMEANOR INFORMATION
Held: June 1, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:02 a.m. court convened.

X Copy of Information given to defendant:(waived reading).

X Defendant sworn.

X Defendant advised of general rights. X Waived full advisement.

X Defendant advised of charges and penalties.

X Financial Affidavit filed. X Federal Public Defender accepted appointment.

X PLEA Not Guilty to Counts 1 and 2 of the Information.

X Consent to be filed **by June 8th** or case shall be transferred to U.S. District Judge.

X Defendant detained. Detention Hearing date to be determined upon defendant's release from State custody.

X Pretrial motions due   June 29, 2005.

X Counsel advised of trial date:   **9:00 a.m. August 10, 2006.**

X OTHER: Court ordered plaintiff file written notice of Meet and Confer upon conclusion of discovery.

At 9:14 a.m. court adjourned.

DATE: June 1, 2006              DEPUTY CLERK'S INITIALS:   mas