**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA  v.  KEVIN JOSEPH PICKETT

THE HONORABLE TERRANCE W. HALL, Magistrate Judge

DEPUTY CLERK                                    CASE No.  4:06-cr-00021-TWH

CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: June 9, 2006

    During an appearance before this court on 06/01/2006, defendant Kevin Joseph Pickett was allowed 7 days to file a "Consent to Proceed Before the U.S. Magistrate Judge in a Misdemeanor Case".  No consent having been filed, this case is assigned to United States District Court Judge Ralph R. Beistline for trial.  The case number to be used on all future filings will be as follows: 4:06-cr-00021-RRB.

[]{CONSENT.WPD*Rev.2/97}