M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>KEVIN JOSEPH PICKETT,<br><br>           Defendant. | Case No. 4:06-cr-0021-RRB<br><br>**MOTION ON SHORTENED TIME FOR BAIL REVIEW HEARING** |

       Defendant, Kevin Joseph Pickett, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time for a bail review hearing.  Mr. Pickett asks that the hearing be scheduled for Thursday, June 15, 2006.

       Mr. Pickett currently is in state custody.  On June 7, 2006, the Honorable Judge Jane Kauvar set bail in case number 4FA-06-01926 CR.  The bail was set as follows: Mr. Pickett is to post a cash $500 appearance bond and a cash $500 performance bond and he is to be released to the third-party custody of his wife Lynn A. Pickett with work release.  [Attachment A] Mr. Pickett is in a position to post his state bond. Mr. Pickett

requests that this court review his detention to determine under what conditions this court would allow him to be released. Mr. Pickett submits the following proposal:

- Third-party custodian with work release
- Weekly check-in with pretrial services
- Random urine analysis/breath tests
- Substance abuse counseling
- No driving
- No alcohol
- Reasonable curfew
- Electronic monitoring

Thus, Mr. Pickett requests that the court set a bail review hearing for Thursday, June 15, 2006, to consider this proposal.

DATED this 12th day of June, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on June 12, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Eve C. Zamora, Esq.

/s/ M. J. Haden