Screen For VRA

IN THE DISTRICT/~~SUPERIOR~~ COURT FOR THE STATE OF ALASKA
AT _Fairbanks_

(✓) STATE OF ALASKA
( )
                Plaintiff,

vs.
_Kevin Pickett_
                Defendant.

DOB: _10-17-61_  DOV: _____

CASE NO. _4FA-06-1925_ CR

TEMPORARY ORDER

ORIGINAL CHARGE: _DUI_

CURRENT CHARGE: _DUI_

[ ] Defendant is not in custody on this charge.

**INSTRUCTIONS TO JAIL**

[✓] COMMITMENT. It is ordered that the above-named defendant be held in custody:
  [✓] pending action by this court, or until bail is posted in the amount of _1,000.00 — 500 is performance + 500 is appearance._
  [ ] pending receipt of formal judgment. Defendant was sentenced as follows:

[ ] RELEASE. This is your authority to release the defendant _____

[ ] TRANSPORTATION. _____

[✓] OTHER INSTRUCTIONS. _Release to Lynn Pickett_ _CAT? No alcohol. Must submit to PBT_

**NEXT COURT APPEARANCE**
DATE: _____   TIME: _____   PLACE: _____

___ Arraignment     ___ Sentencing     ___ Pre-Indictment Hearing
___ Omnibus Hearing   ___ Bail Hearing    ___ Representation Hearing
___ Trial            ___ Trial Call      ___ Other: _____

Defendant ___is  ___is not  represented by counsel: ___ Public Defender Agency
                                                   Other: _____
Defendant ___ has ___ has not had a bail review.

_6-7-06_
Date

_[signature]_
District/~~Superior~~ Court Judge
Type/Print Name: _JANE F. KAUVAR_

(SEAL)

CR-200 (12/91) (st.5)
TEMPORARY ORDER

Crim. R. 4(c) and 5(a)(2)

Exhibit A
Page 1 of 2

Screen for VRA

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA AT **Fairbanks**

☑ STATE OF ALASKA
vs.
Defendant: **Kevin Rickett**
CASE NO. **4FA-06-1925 CR**

DOB: **10-17-81**   ID# _____   ATN _____

## ORDER AND CONDITIONS OF RELEASE

IT IS ORDERED that the above-named defendant be released:

☐ OWN RECOGNIZANCE (O.R.). Defendant does not have to post bail.

☑ Defendant to execute the following bonds:

☑ APPEARANCE BOND in the amount of $ **500.00**
    ☐ Unsecured ☐ 100% Cash Only
    ☑ 10 % Cash ☐ 100% Cash or Surety

☑ PERFORMANCE BOND in the amount of $ **500.00**
    ☐ 100% Cash or Surety ☐ 100% Cash Only

☑ THIRD PARTY CUSTODIAN ☑ **Lynn Rickett**
☑ 24-hour sight or sound

☑ Defendant to obey the following conditions:
    ☒ Appear at all scheduled hearings unless excused.
    ☒ Obey all local, state and federal laws and ordinances.
    ☒ Notify court in writing of any change in residence or mailing address.
    ☐ Do not depart _____ without written court permission.
    ☑ Do not consume alcohol or be where alcohol is sold or consumed.
    ☐ No contact directly or indirectly with _____
    ☑ **No bars. Must submit to PBT**

NEXT COURT HEARING: **7-10-06**   **8:15**   **Cal. Call**
    (Date) (Time) (City)

**6-17-06**
Date     Judge/Magistrate

ACCEPTANCE OF DUTIES BY CUSTODIAN. I understand that I have the following duties: 1) I must make every effort to assure that defendant appears at all hearings and complies with all conditions of release. 2) If defendant violates any condition of release, I must immediately report it to local law enforcement and the prosecuting attorney. I understand that I may be punished for contempt of court and charged with a crime if I fail to immediately report when defendant violates a condition of release.

**Lynn A. Rickett**   **05-12-63**   **978-2404**
Custodian's Signature   Date of Birth   Work Phone

**654 Canoro Rd**   **N Pole**   **AK**   **99705**   **488-0100**
Residence Address   City   State   ZIP   Home Phone

AGREEMENT BY DEFENDANT. I have reviewed the above order. I promise to appear at all court hearings and to comply with all other conditions set.

_____
Defendant's Signature

Residence Address _____ City _____ State ZIP _____ Home Phone Work Phone
I certify that on **6-7-06** a copy of this order was sent/given to (list names):

Clerk: **KB**   **TPC**

CR-221 (2/05)(st.4)   AS 11.56.757-.758; AS 12.30.020; AS 09.50.010
ORDER AND CONDITIONS OF RELEASE   Crim. R. 41

Exhibit A
Page 2 of 2