UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>KEVIN JOSEPH PICKETT,<br><br>           Defendant. | Case No. 4:06-cr-0021-RRB<br><br>**PROPOSED<br>ORDER SCHEDULING<br>BAIL REVIEW HEARING** |

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's motion for a bail review hearing, the court GRANTS the motion. A bail review hearing is hereby scheduled for Thursday, June 15, 2006, at _____ a.m./p.m.

DATED June ____, 2006.

_____
Terrance W. Hall
United States Magistrate Judge