UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KEVIN JOSEPH PICKETT,<br><br>    Defendant. | Case No. 4:06-cr-0021-RRB<br><br>**ORDER SCHEDULING<br>BAIL REVIEW HEARING** |

    After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

    After due consideration of defendant's motion for a bail review hearing, the court GRANTS the motion. A bail review hearing is hereby scheduled for Thursday, June 15, 2006, at 1:30 p.m.

    DATED June 12, 2006.

              <u>/s/ Terrance W. Hall</u>
              TERRANCE W. HALL
              United States Magistrate Judge