IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. _____KEVIN JOSEPH PICKETT_____

CASE NO: _____4:06-CR-00021_____

---

Defendant _____Kevin Joseph Pickett_____,

has this date met the bail conditions indicated below and is ordered discharged from custody.

____ Released to _____, the third party custodian(s)

____ Paid cash bail in the amount of _____ to the Clerk of Court

____ Posted unsecured bond in the amount of _____

____ Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court

____ Surrendered passport to the Clerk of Court

✓ Other _U.S. Pretrial Services representative, per verification of conditions of release in State case._

Dated at _FAIRBANKS_, Alaska this _15_ day of _June_, 20_06_

**REDACTED SIGNATURE**

TERRANCE W. HALL, U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal

(Rev 6/06)