UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA   v.   PICKETT

DATE:   July 6, 2006       CASE NO.   4:06-CR-0021-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
SCHEDULING HEARING**

---

A status hearing will be held in this matter on **Friday, July 14, 2006, at 10:30 a.m.**, in Courtroom 1 in Fairbanks, Alaska.