M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   vs.<br><br>KEVIN JOSEPH PICKETT,<br><br>              Defendant. | Case No. 4:06-cr-0021-RRB<br><br>**MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT STATUS HEARING**<br>(Filed on Shortened Time) |

Defendant, Kevin Joseph Pickett, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to permit counsel to appear telephonically at the status hearing scheduled for July 14, 2006, at 10:30 a.m.  Ms. Haden is scheduled to be in Anchorage on July 14, and requests that she be allowed to appear telephonically at the hearing.

Special Assistant United States Attorney Eve Zamora was unavailable for comment on this request.

///

///

DATED this 12th day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on July 12, 2006, a copy of the
foregoing document, with attachments, was
served electronically on:

Eve C. Zamora, Esq.

/s/ M. J. Haden