UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>KEVIN JOSEPH PICKETT,<br><br>            Defendant. | Case No. 4:06-cr-0021-RRB<br><br>**PROPOSED<br>ORDER GRANTING TELEPHONIC<br>PARTICIPATION** |

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's Motion for Counsel to Appear Telephonically at Status Hearing, the court GRANTS the motion. Counsel may appear telephonically at the status hearing on July 14, 2006, at 10:30 a.m. by calling (907) _____.

DATED _____, 2006, in Anchorage, Alaska.

_____
Ralph R. Beistline