M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KEVIN JOSEPH PICKETT,<br><br>　　　　　　Defendant. | Case No. 4:06-cr-0021-RRB<br><br>**UNOPPOSED MOTION ON SHORTENED TIME FOR RELEASE TO NORTH STAR CENTER AS CONDITION OF PRETRIAL RELEASE** |

　　　　　Defendant, Kevin Joseph Pickett, by and through counsel M. J. Haden, Staff Attorney, moves this court unopposed and on shortened time motion for release to North Star Center as a condition of pretrial release in the above-styled case.

　　　　　On July 26, 2006, Mr. Pickett appeared before this court due to a violation of conditions of release petition filed by United States Probation Office.  The violation notice alleged that Mr. Pickett had violated the rules of the North Star Center and as a result been removed from the Center.  Mr. Pickett was ordered detained at the Fairbanks Correctional Center.  A detention hearing was scheduled for August 4, 2006, at 11:00 a.m.

Since that time, Senior U.S. Probation/Pretrial Service Officer Marci Lundgren has spoken to Pauline Rodriguez, Director of North Star Center. Ms. Rodriguez has agreed that Mr. Pickett may return to the North Star Center with the following conditions: (1) Lynn Pickett may no longer serve as Mr. Pickett's third-party transportation; (2) Mr. Pickett must utilize the North Star van for transportation to and from work; and (3) Lynn Pickett's visitation privileges continue to be suspended for a period of 30 days. After the 30-day period, Ms. Pickett's visitation privileges may be reinstated subject to her continued compliance with the rules of the Center.

Thus, as North Starr is willing to accept Mr. Pickett back, he respectfully requests that this court order that he be release to North Star Center as a condition of pre-trial release. Mr. Pickett further requests that the court incorporate the above conditions as part of his conditions of release and reimpose all conditions originally imposed in the court's order of June 15, 2006, at docket number 16.

Undersigned counsel has discussed this matter with Assistant United States Attorney Stephen Cooper and Senior U.S. Probation Officer Marci Lundgren. Both are unopposed to this motion. In addition, Assistant United States Attorney Cooper has contacted Special Assistant United States Attorney Zamora. Mr. Cooper states that Assistant United States Attorney Zamora is also unopposed to the motion.

///
///
///
///

DATED this 27th day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on July 27, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Eve C. Zamora, Esq.

/s/ M. J. Haden