UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KEVIN JOSEPH PICKETT,<br><br>        Defendant. | Case No. 4:06-cr-0021-RRB<br><br>**PROPOSED<br>ORDER OF PRETRIAL RELEASE TO<br>NORTH STAR CENTER** |

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's unopposed motion for release to the North Star Center, the court GRANTS the motion. It is hereby ordered that Kevin Joseph Pickett be released to the North Star Center. It is further ordered that (1) Lynn Pickett may no longer serve as Mr. Pickett's third-party transportation; (2) Mr. Pickett must utilize the North Star van for transportation to and from work; and (3) Lynn Pickett's visitation privileges continue to be suspended for a period of 30 days. After the 30 days period, Ms. Pickett's visitation privileges may be reinstated subject to her continued compliance with the rules of the Center. In addition, it is ordered that all conditions originally imposed in the court's order of June 15, 2006, at Docket 16, be reinstated.

///

///

The detention hearing scheduled for August 4, 2006, at 11:00 a.m. is hereby vacated.

DATED _____, 2006, in Fairbanks, Alaska.


_____
Terrance W. Hall
United States Magistrate Judge