M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KEVIN JOSEPH PICKETT,<br><br>    Defendant. | Case No. 4:06-cr-0021-RRB<br><br>**NOTICE OF DUPLICATE FILING** |

Defendant, Kevin Joseph Pickett, by and through counsel M. J. Haden, Staff Attorney, hereby notifies the court and the parties that the Unopposed Motion on Shortened Time for Release to North Star Center as Condition of Pretrial Release was inadvertently filed in duplicate at Docket Nos. 26 and 27.

///

///

///

///

DATED this 28th day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on July 28, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Eve C. Zamora, Esq.

/s/ M. J. Haden