# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u> USA </u>  v.  <u> PICKETT </u>

DATE: <u> July 28, 2006  </u> CASE NO. <u> 4:06-CR-0021-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS
RESCHEDULING FINAL PRETRIAL CONFERENCE**

═══════════════════════════════════════════════════════════

The final pretrial conference presently scheduled for August 10, 2006, is **RESCHEDULED** and will be held on **Friday, August 4, 2006, at 8:30 a.m.**, in Courtroom 1 in Fairbanks, Alaska.