M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 4:06-cr-0021-RRB |
| vs. | **NOTICE OF INTENT TO CHANGE PLEA** |
| KEVIN JOSEPH PICKETT, | |
| Defendant. | |

Defendant, Kevin Joseph Pickett, by and through counsel M. J. Haden, Staff Attorney, hereby notifies this court of his intent to change his plea in the above-styled matter.  The parties are in the process of obtaining all the necessary signatures on the written plea agreement.  Attachment A, unsigned Plea Agreement.  The parties anticipate that the Plea Agreement will be completed and ready for filing on the morning of August 4, 2006.  Thus, Mr. Pickett requests that the time currently scheduled for the final pretrial conference, August 4, 2006, at 8:30 a.m, be used for a change of plea hearing.

DATED this 1st day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on August 1, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Eve C. Zamora, Esq.

/s/ M. J. Haden