UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 USA  v. KEVIN JOSEPH PICKETT

DATE:   August 2, 2006        CASE NO.   4:06-CR-0021-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **RE HEARING**

---

Defendant filed a Notice of Intent to Change Plea at Docket 33. The final pretrial conference scheduled for **Friday, August 4, 2006, at 8:30 a.m.**, will now be a change of plea hearing.

M.O. RE HEARING