IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

**RELEASE ORDER**

TO:  UNITED STATES MARSHAL

RE:  UNITED STATES OF AMERICA VS.  *Kevin Joseph Pickett*

CASE NO:  *4:06-cr-00021 RRB*

---

Defendant  *Kevin Joseph Pickett*,

has this date met the bail conditions indicated below and is ordered discharged from custody.

_____ Released to _____, the third party custodian(s)

_____ Paid cash bail in the amount of _____ to the Clerk of Court

_____ Posted unsecured bond in the amount of _____

_____ Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court

_____ Surrendered passport to the Clerk of Court

__X__ Other  *Time Served*

_____

Dated at  *Fairbanks* , Alaska this  *4*  day of  *August* , 20 *06*

**REDACTED SIGNATURE**

U.S. DISTRICT JUDGE

Original & 1 cy to U.S. Marshal

(Rev 8/06)