DEBORAH M. SMITH
Acting United States Attorney

Eve C. Zamora
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6561/6510
Fax:(907)353-6501
MN Bar: 0297859

Attorneys for the Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **KEVIN JOSEPH PICKETT**, <br><br> Defendant | **Case No. 4:06-cr-00021-RRB** |

COMES NOW the United States of America, by and through the United States Attorney, and moves to dismiss without prejudice Count II, Driving While License Suspended in violation of AS § 28.15.291, 18 U.S.C. § 13 in the above captioned matter.

Dated this 9th day of August, 2006, at Fort Wainwright, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

        EVE C. ZAMORA
        s/ Eve C. Zamora
        101 12th Avenue, Room 310
        Fairbanks, Alaska  99701
        Phone:  (907) 353-6561/6510
        Fax: (907) 353-6501
        Email: eve.zamora@us.army.mil
        MN Bar: 0297859

**CERTIFICATE OF SERVICE**

I certify that on July 14 2006,
a copy of this SUPERCEDING INFORMATION
was served electronically on:

M.J. Haden, Esq.


/s/ Eve C. Zamora