DEBORAH M. SMITH
Acting United States Attorney

Eve C. Zamora
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6561/6510
Fax:(907)353-6501
MN Bar: 0297859

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN JOSEPH PICKETT,<br><br>    Defendant | Case No. 4:06-cr-00021-RRB |

COMES NOW the United States of America, by and through the United States Attorney, and moves to dismiss without prejudice Count II, Driving While License Suspended in violation of AS § 28.15.291, 18 U.S.C. § 13 in the above captioned matter.

Dated this 9th day of August, 2006, at Fort Wainwright, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

EVE C. ZAMORA
s/ Eve C. Zamora
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 353-6561/6510
Fax: (907) 353-6501
Email: eve.zamora@us.army.mil
MN Bar: 0297859

**CERTIFICATE OF SERVICE**

I certify that on July 14 2006,
a copy of this SUPERCEDING INFORMATION
was served electronically on:

M.J. Haden, Esq.


/s/ Eve C. Zamora


It is so ordered

REDACTED SIGNATURE

RALPH R. BEISTLINE
U.S. District Judge