PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release



## United States District Court

for the

District of Alaska

AUG 21 2007

**CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.**

UNITED STATES OF AMERICA

v.                                   Case No.   4:06-cr-00021-RRB

KEVIN JOSEPH PICKETT

It appearing that the above-named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on August 3, 2007. It is therefore recommended that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

REDACTED SIGNATURE

Toni M. Ostanik                          Date
U.S. Probation/Pretrial Services Officer

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this ___20___ day of ___August___, 20_07_.

REDACTED SIGNATURE

Ralph R. Beistline
U.S. District Court Judge